# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. NEWTON WALL COMPANY, aka Newton Wall Co., Inc, an Oklahoma Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Case No.CIV-17-334-D |
| | ) ) | |
| 1. EVANSTON INSURANCE COMPANY, A Foreign For Profit Insurance Corporation, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Newton Wall Company aka Newton Wall Co., Inc., and Defendant, Evanston Insurance Company, hereby stipulate to the dismissal of the above entitled action without prejudice to the refiling thereof. Each side is to bear its own costs and fees.

By   s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
MCGREW, MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:   (405) 235-9929
mcgrewslaw@yahoo.com
**COUNSEL FOR PLAINTIFF**

/s Phil Richards
(Electronically signed by Mr. McGrew with Mr. Richards' permission)
Phil Richards, OBA #10457
Richards & Connor
12th floor ParkCentre Building
525 S. Main Street
Tulsa, Oklahoma 74103
**ATTORNEYS FOR DEFENDANT
EVANSTON INSURANCE COMPANY**